UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
United States of America,

                      Plaintiff,

    -against-

                                              Case No. 7:15-mj-1658

Roy W. Rogers

                      Defendant.

———————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                      SO ORDERED.

                                                      Hon. Martin R. Goldberg
                                                      United States Magistrate Judge

Dated: 26th day of August, 2022
         Poughkeepsie, New York